UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO ENGLISH,

               Plaintiff(s),      Case No. 09-11705

-vs-                                      Hon. Avern Cohn

FLAGSTAR BANK, et al,

               Defendant(s).

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EX-PARTE EMERGENCY MOTION FOR AUTOMATIC STAY AND PROCEEDINGS IN THE 26TH DISTRICT COURT OR IN THE ALTERNATIVE FOR TEMPORARY RESTRAINING ORDER

Before the Court is the above referenced ex-parte motion filed by the plaintiff. The plaintiff seeks a stay or temporary restraining order to prevent eviction proceedings scheduled in the 26th District Court on July 09, 2009. The Court has a status conference scheduled in this matter for July 06, 2009 at 2:30 p.m. Therefore,

IT IS ORDERED that the motion is DENIED WITHOUT PREJUDICE. The plaintiff may renew the motion at the status conference.

SO ORDERED.

Dated: June 25, 2009                s/Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Antonio English, 110 Walnut, River Rouge, MI 48218 and the attorneys of record on this date, June 25, 2009, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                                 Case Manager, (313) 234-5160